IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE LIBERTY INITIATIVE, INC. d/b/a
ARKANSAS JUSTICE REFORM COALITION AND
SARAH MOORE                                                                                          PLAINTIFFS

VS.                                        NO. 5:24-CV-5120-TLB

WASHINGTON COUNTY, ARKANSAS                                                          DEFENDANT

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendant Washington County, Arkansas ("the County") moves to dismiss the first amended complaint filed by plaintiffs The Liberty Initiative, Inc. d/b/a Arkansas Justice Reform Coalition ("Liberty Initiative") and Sarah Moore ("Moore") (jointly, "Plaintiffs"). For its motion, the County states:

1. Liberty Initiative filed its complaint June 4, 2024. Dkt. No. 2.

2. The County moved to dismiss that complaint on June 27, 2024. Dkt. No. 7.

3. Liberty Initiative filed the first amended complaint under Fed. R. Civ. P. 15(a)(1)(B) on July 19, 2024, which joined Moore as an additional plaintiff.

4. Plaintiffs' first amended complaint should be dismissed for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1).

5. Plaintiffs' first amended complaint should be dismissed for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

6. Plaintiffs' first amended complaint should be dismissed without prejudice, or the action should be stayed, under *Railroad Commission of Tex. v. Pullman Co.*, 312 U.S. 496, 61 S.Ct. 643 (1941) and its progeny.

7. In accordance with Local Rule 7.2(a), the County submits an accompanying memorandum brief in support of its motion.

8. The County incorporates by reference herein the briefing on its motion to dismiss Liberty Initiative's original complaint. Fed. R. Civ. P. 10(c).

WHEREFORE, defendant Washington County, Arkansas requests that the Court grant its motion to dismiss Plaintiffs' first amended complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6); or, alternatively, that the action be dismissed or stayed under the *Pullman* doctrine; and for all other relief to which it is entitled.

          Scott A. Irby (99192)
          Eric Berger (2004210)
          Alexander T. Jones (2015246)
          WRIGHT, LINDSEY & JENNINGS LLP
          3333 Pinnacle Hills Parkway, Suite 510
          Rogers, Arkansas 72201-3699
          (479) 986-0888
          FAX: (479) 986-8932
          E-MAIL: sirby@wlj.com; eberger@wlj.com;
                    ajones@wlj.com

and

Thomas N. Kieklak
Harrington Miller Law Firm
4710 S. Thompson, Suite 102
Springdale, Arkansas 72764
(479) 751-6464
FAX: (479) 751-3715
E-MAIL: tkieklak@arkansaslaw.com

*Attorneys for Washington County, Arkansas*