IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THE LIBERTY INITIATIVE, INC.,**
d/b/a Arkansas Justice Reform Coalition;
and **SUSAN MOORE**                                                                                    **PLAINTIFFS**

V.                                    **CASE NO. 5:24-CV-5120**

**WASHINGTON COUNTY, ARKANSAS**                                                    **DEFENDANT**

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**IT IS SO ORDERED AND ADJUDGED** on this 19th day of March, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE